# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 08, 2017

Elizabeth Warren
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 17-11644-B
Case Style: In re: Sheldon Ramnaraine
District Court Docket No: 6:11-cr-00356-CEH-TBS-1

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 17-11644-B
_____

In re:

SHELDON JOEL RAMNARAINE,

                                                                                                                        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the
Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Petitioner Sheldon Joel Ramnaraine's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective May 08, 2017.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Melanie Gaddis, B, Deputy Clerk

                                                                        FOR THE COURT - BY DIRECTION